# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 97-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MONIQUE MORALES, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** came on before the undersigned pursuant to an Order (#38) entered by this Court on November 7, 2016. In the Order, the undersigned released Defendant on terms and conditions of release, pursuant to 18 U.S.C. § 3145(c). In the Order, the undersigned directed that the order releasing Defendant would continue in force and effect until sentencing or until April 17, 2017. If Defendant had not been sentenced by April 17, 2017, then on that date the undersigned would conduct a hearing to determine whether or not Defendant can continue to show that exceptional reasons exists that would merit her continued release.

Defendant came before the undersigned on April 17, 2017 and the undersigned made an inquiry of Defendant and her counsel as to whether or not there continued to exists exceptional reasons that supported the continued release of Defendant. At that time, counsel for Defendant advised the Court of the following: (1) defendant had given birth to a child on March 21, 2017 and the child was in need

of further care of Defendant; (2) that Defendant has a physical problem that may result in necessary surgery; and (3) Defendant has a minor child that needs medical treatment and support from Defendant.

The undersigned finds that the above stated reasons constitute exceptional reasons for the continued release of Defendant as described in the Order (#38) and the undersigned will direct that Defendant continue to be released on terms and conditions of presentence release pending further orders of this Court or sentencing in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that Defendant continue to be released on terms and conditions of presentence release pending further orders of the Court or sentencing in this matter.

Signed: April 20, 2017

Dennis L. Howell
United States Magistrate Judge